UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: DAVIS, SAM EDWARD & SHIRLEY RUTH      CASE NO. 08-11397

DEBTOR(S)                                    CHAPTER 7

**MOTION TO DEPOSIT FUNDS
INTO TREASURY**

THE MOTION OF Martin A. Schott, Trustee respectfully represents that:

1.

The petition commencing this case was filed pursuant to Chapter 13 of Title 11 of the United States Code on October 13, 2008. The case was later converted to one under Chapter 7 of Title 11 on May 21, 2009. Martin A. Schott was appointed trustee.

2.

The trustee filed the Trustee's Final Report of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses and Notice of Proposed Distribution on December 21, 2010; the Clerk's office sent Notice thereof to all parties in interest on December 23, 2010 (a copy of which is attached as Exhibit A); and the Order approving same was signed on January 18, 2011 (a copy of which is attached as Exhibit B).

3.

Pursuant to the Court Order the proposed distribution was made; however, the check attached as Exhibit C has been returned to the trustee by the post office with a note advising "not deliverable as addressed, unable to forward, return to sender."

4.

All attempts to locate a better address for this creditor has been unsuccessful.

WHEREFORE, the trustee prays for an Order from this Honorable Court authorizing payment in the amount of $2,686.97 to the Clerk of Court, United States Bankruptcy Court, Middle District of Louisiana to the credit of Baton Rouge Winnelson.

RESPECTFULLY SUBMITTED BY:


s/Martin A. Schott
MARTIN A. SCHOTT, (11822)
Trustee
7922-B Wrenwood Blvd.
Baton Rouge, Louisiana  70809
225/928-9292 office
225/924-2469 fax
ctschott@bellsouth.net

*Exhibit A*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DAVIS, SAM EDWARD & | § | Case No. 08-11397 |
| DAVIS, SHIRLEY RUTH | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MARTIN A. SCHOTT_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

707 Florida Street
Baton Rouge, LA 70801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _12/21/2010_____     By: _/s/MARTIN A. SCHOTT_____
                                                                    Trustee

MARTIN A. SCHOTT
7922-B WRENWOOD BOULEVARD
BATON ROUGE, LA 70809
(225) 928-9292

UST Form 101-7-NFR (10/1/2010)



Exhibit B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:                                    CASE NO. 08-11397 DDD

    DAVIS, SAM EDWARD &
    DAVIS, SHIRLEY RUTH
        DEBTOR(S)                  CHAPTER 7 CASE

## ORDER APPROVING TRUSTEE'S FINAL REPORT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND PROPOSED DISTRIBUTION

    Considering the Trustee's Final Report of Administration of the Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution (the Trustee's Final Report), filed by <u>MARTIN A. SCHOTT</u>, trustee, and notice having been given as required by Rule 2002(f)(8) of the Federal Rules of Bankruptcy Procedure:

    IT IS ORDERED that <u>MARTIN A. SCHOTT</u>, trustee, be and he hereby is allowed the sum of $<u>1,809.02</u>, plus 506(c) costs and expenses of disposing of property of $0.00, as compensation for the services rendered in this case by him as trustee (such sum not exceeding the limitations prescribed by 11 U.S.C. Section 326(a)); and that the administrative costs and expenses in the amount of $<u>70.58</u> incurred by said trustee be and they hereby are approved and allowed.

    IT IS FURTHER ORDERED that the Trustee's Final Report be and it hereby is approved and allowed, that the trustee be and he hereby is authorized and directed to make distributions as proposed by him in the Trustee's Final Report, that in due course he file the Trustee's Final Account of Distribution and Application for Closing and Discharge, and that thereafter the trustee be discharged and the case be closed.

    Baton Rouge, Louisiana, January 18, 2011.

S/ Douglas D. Dodd<br>
DOUGLAS D. DODD<br>
UNITED STATES BANKRUPTCY JUDGE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

ANTI-FRAUD PROTECTION - PATENTS 5,757,391; 6,340,188

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

**106**

60-249 / 433

TID #380080

12
22147

| Case | Debtor |
|------|--------|
| 08-11397 DDD | DAVIS, SAM EDWARD & |
| 92000255248766 | DAVIS, SHIRLEY RUTH |

Dividend paid 3.01% on $88,974.41; Claim# 7; Filed: $90,148.33; Reference:

MARTIN A. SCHOTT
7922-B WRENWOOD BOULEVARD
BATON ROUGE LA 70809

*Exhibit C*

Date 01/19/2011

$ *******2,686.97

~~~Two Thousand Six Hundred Eighty-Six Dollars and 97/100

Pay to the Order of
Baton Rouge Winnelson
5830 McCann Dr.
Baton Rouge LA 70809

**VOID**

MARTIN A. SCHOTT, Trustee

⑈00000 106⑈ ⑆04 330 2493⑆ 92000 255 248 766⑈

MARTIN A. SCHOTT

TRUSTEE

7922 WRENWOOD BOULEVARD
SUITE B
BATON ROUGE, LOUISIANA 70809

70809174145

*Davis 08-11397*

UNITED STATES POSTAGE

02 1P
0002680177
MAILED FROM ZIP C

$ 0

NIXIE      708   DC 1        00 01/

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 70809170599      *2493-05000-

70809017 85